HELEN CLAIRE BLANK, Respondent, v. JAMES J. BROWNE, as Park Commissioner of the Borough of Brooklyn, Defendant, and HARRY D. SHEA, Appellant.— Order as resettled, denying motion to confirm report of official referee and re-referring matter to official referee affirmed, with ten dollars costs and disbursements. No opinion. Rich, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents on the ground that the injunction as modified by this court, and to avoid which a trial was necessary, was insignificant and inconsequential as compared to the injunction *pendente lite* granted by the Special Term, and this the learned

referee does not seem to have taken into consideration. There should be a new hearing.